**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **MARY BOUTTE;** | § | |
| **ALICE BURTLE;** | § | |
| **RALEIGH CARR;** | § | |
| **EDWIN L. CUNNIFF;** | § | **JURY DEMAND** |
| **CHARLENE H. DOUSE;** | § | |
| **VALENTIN ORTEGA;** | § | |
| **CHARLES PILGRIM;** | § | |
| **JOE M. TAYLOR, JR.;** | § | **Civil Action No. 4:09-cv-3588** |
| **ERIC A. BARBEE, Individually and on** | § | |
| **Behalf of the Estate of FREDERICK** | § | |
| **BARBEE;** | § | |
| **BESSIE BOOKER, Individually and on** | § | |
| **Behalf of the Estate of MARY L. BOOKER;** | § | |
| **LAVONIA BRADLEY, Individually and on** | § | |
| **Behalf of the Estate of ALFONSIA** | § | |
| **BRADLEY;** | § | |
| **MERLIN BROWN, Individually and as** | § | |
| **Representative of the Estate of  MORRIS O.** | § | |
| **BROWN;** | § | |
| **ANNIE H. BUSTLE, Individually and as** | § | |
| **Representative of the Estate of WILLIAM A.** | § | |
| **BUSTLE;** | § | |
| **BRENDA GREMLI, Individually and on** | § | |
| **Behalf of the Estate of BONNIE** | § | |
| **CHENOWETH;** | § | |
| **PAUL COCKROFT, Individually and on** | § | |
| **Behalf of the Estate of GILBERT J.** | § | |
| **COCKROFT;** | § | |
| **HATTIE SCOTT, Individually and on Behalf** | § | |
| **of the Estate of IRENE HOPSON; and** | § | |
| **JOSEPH HERNDON, Individually and on** | § | |
| **Behalf of the Estate of ELNORA HERNDON.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **BAYER CORPORATION, BAYER** | § | |
| **HEALTHCARE PHARMACEUTICALS,** | § | |
| **INC.  (As Successor in Interest of Bayer** | § | |
| **Pharmaceuticals Corporation), and BAYER** | § | |
| **SCHERING PHARMA AG** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |
| | § | |

## CERTIFICATE OF INTERESTED PERSONS

Comes Now, Plaintiffs, MARY BOUTTE;  ALICE BURTLE;  RALEIGH CARR; EDWIN L. CUNNIFF; CHARLENE H. DOUSE; VALENTIN ORTEGA; CHARLES PILGRIM;  JOE M. TAYLOR, JR.; ERIC A. BARBEE, Individually and on Behalf of the Estate of FREDERICK BARBEE; BESSIE BOOKER, Individually and on Behalf of the Estate of MARY L. BOOKER; LAVONIA BRADLEY, Individually and on Behalf of the Estate of ALFONSIA BRADLEY; MERLIN BROWN, Individually and as Representative of the Estate of MORRIS O. BROWN; ANNIE H. BUSTLE, Individually and as Representative of the Estate of WILLIAM A. BUSTLE; BRENDA GREMLI, Individually and on Behalf of the Estate of BONNIE CHENOWETH; PAUL COCKROFT, Individually and on Behalf of the Estate of GILBERT J. COCKROFT; HATTIE SCOTT, Individually and on Behalf of the Estate of IRENE HOPSON; and JOSEPH HERNDON, Individually and on Behalf of the Estate of ELNORA HERNDON, files this Certificate of Interested Persons:

Mary Boutte

Alice Burtle

Raleigh Carr

Edwin L. Cunniff

Charlene H. Douse

Valentin Ortega

Charles Pilgrim

Joe M. Taylor, Jr.

Eric A. Barbee, Individually and on Behalf of the Estate of Frederick Barbee

Bessie Booker, Individually and on Behalf of the Estate of Mary L. Booker

Lavonia Bradley, Individually and on Behalf of the Estate of Alfonsia Bradley

Merlin Brown, Individually and as Representative of the Estate of Morris O. Brown

Annie H. Buslte, Individually and as Representative of the Estate of William A. Bustle

Brenda Gremli, Individually and on Behalf of the Estate of Bonnie Chenoweth

Paul Cockroft, Individually and on Behalf of the Estate of Gilbert J. Cockroft

Hattie Scott, Individually and on Behalf of the Estate of Irene Hopson

Joseph Herndon, Individually and on Behalf of the Estate of Elnora Herndon

David P. Matthews
Julie Rhoades
Rachal Rojas
MATTHEWS & ASSOCIATES
2905 Sackett St.
Houston, TX 77098

Bayer Corporation
c/o Douglas A. Pearson
100 Bayer Road, Building 14
Pittsburgh, PA 15205-9741

Respectfully submitted,

MATTHEWS AND ASSOCIATES

s/ Rachal G. Rojas
David P. Matthews
SBN:        13206200
Julie L. Rhoades
SBN:        16811710
Rachal G. Rojas
SBN: 24063161
MATTHEWS AND ASSOCIATES
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 (facsimile)

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Dismissal has been served on Defendants, by U.S. Mail Certified Mail/RRR, on this 27th day of November, 2009.

Bayer Corporation
c/o Douglas A. Pearson
100 Bayer Road, Building 14
Pittsburgh, PA 15205-9741

s/ Rachal G. Rojas
Rachal G. Rojas